IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONEY MAURICE KEITH, ) | |
| AIS #196584, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 13-00071-KD-M |
| ) | |
| EMMA RUDOLPH and RAY FARMER, ) | |
|     Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 29) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 12, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' Motion for Summary Judgment (Docs. 13, 19, 20) is **GRANTED** and that Plaintiff's claims against Defendants Emma Rudolph and Ray Farmer are **DISMISSED without prejudice**.

Final judgment in accordance with this Order and Federal Rule of Civil Procedure 58 shall issue by separate document.

**DONE** and **ORDERED** this the **12th** day of **June 2014**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**